IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Valerie D. Hubbard | |
|     Plaintiff, | 3:12-cv-00681-HDM-VPC |
|   vs. | ORDER |
| Day & Zimmerman Hawthorne Corporation, a foreign corporation, | |
|     Defendants. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

Dated this 2nd day of January, 2013.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE