Brian R. Morris, Esq.
Nevada Bar No. 5431
59 Damonte Ranch Parkway, B-221
Reno, Nevada 89521
(775) 323-2800
(775) 313-0876 (Fax)
Attorney for Plaintiff

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 21 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VALERIE D. HUBBARD,             )   Case No. 3:12-cv-00681-MMD-VPC
                                )
    Plaintiff,                  )
                                )
    vs.                         )
                                )
DAY & ZIMMERMANN HAWTHORNE      )
CORPORATION, a foreign corporation, )
                                )
    Defendants.                 )
_____)

**STIPULATION and REQUEST TO BE EXCUSED FROM
PRE-SETTLEMENT CONFERENCE OFFERS AND COUNTEROFFERS**

Comes Now, Plaintiff and Defendant, by and through undersigned counsel and hereby stipulate and request leave from this Court to not provide any Offers or Counteroffers as required in this Court's Order Scheduling Settlement Conference. (docket #44). Plaintiff resides out of state and Plaintiff's counsel has a face-to-face meeting scheduled with Plaintiff later next week. Until that meeting occurs Plaintiff's counsel is of the opinion that any offer made by Plaintiff would not be productive and Plaintiff's counsel does not want to provide any non-productive offers that could jeopardize the good will of the settlement conference process. At this time the parties desire to let the settlement conference process educate and assist the parties in understanding the issues so well thought out settlement offers by the parties can be made. For the foregoing reasons, the parties

///

///

///

1. request that they be relieved from the obligation of sending settlement offer demands and counter-
2. demands.

DATED: September 18, 2015

/s/ Brian R. Morris  
BRIAN R. MORRIS

/s/ Kenneth R. Bick  
KENNETH R. BICK

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: September 21, 2015